IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>ROSALIE AUBREE GUANCIONE,<br><br>    Debtor.<br>_____ /<br><br>ROSALIE A. GUANCIONE,<br><br>    Plaintiff(s),<br> v.<br><br>STATE OF CALIFORNIA, et. al.,<br><br>    Defendant(s).<br>_____ / | CASE NOs. 5:14-cv-02541 EJD; 5:14-cv-02542 EJD; 5:14-cv-02543 EJD<br><br>**ORDER TO SHOW CAUSE** |

    Appellant Rosalie A. Guancione ("Appellant") filed three Notices of Appeal on June 3, 2014, which were assigned the case numbers identified above. The Notices of Appeal - which appear to be identical - purport to appeal from the same three orders issued by the United States Bankruptcy Court on May 15, 2014 and May 22, 2014.

    Under these circumstances, the court believes that briefing in relation to all three challenged orders can be accomplished within one case rather than three. Accordingly, the court issues the instant Order to Show Cause ("OSC") why the cases should not be consolidated into the earliest-filed case number, 5:14-cv-02541 EJD, such that all further matters would occur within that case only. If Appellant disagrees with the court's intention to consolidate the cases, she may file a

1 response to this OSC explaining the reasons why these cases should be considered separately on or
2 before **July 18, 2014**.

3 No hearing will be held on the OSC unless otherwise ordered by the court.  Appellant is
4 notified that the court will consolidate the cases if Appellant fails to respond to the OSC or
5 otherwise fails to show good cause as directed above.

6 **IT IS SO ORDERED.**

8 Dated:  July 8, 2014



EDWARD J. DAVILA
United States District Judge